**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re LANTUS DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 16-cv-12652<br>**HEARING REQUESTED** |

**DEFENDANT SANOFI-AVENTIS U.S. LLC'S MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Sanofi-Aventis U.S. LLC ("Sanofi") hereby moves to dismiss the Consolidated and Amended Complaint of Plaintiffs FWK Holdings, LLC and Cesar Castillo, Inc. in its entirety and with prejudice pursuant to Fed. R. Civ. P. 12(b)(6). The grounds for this motion are set forth in the accompanying memorandum of law.

**REQUEST FOR ORAL ARGUMENT**

Sanofi respectfully requests a hearing on this motion pursuant to Local Rule 7.1(d).

Dated: May 30, 2017        Respectfully submitted,

*/s/ Laura E. Diss*
Laura E. Diss (BBO# 692315)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 449-6894
Facsimile: (617) 449-6999
ldiss@jonesday.com

Julia E. McEvoy (*pro hac vice*)
Rosanna K. McCalips (*pro hac vice*)
Alisha M. Crovetto (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone:  +1.202.879.4693
Facsimile:  +1.202.626.1700
acrovetto@jonesday.com
rmccalips@jonesday.com
jmcevoy@jonesday.com

*Counsel for Defendant Sanofi-Aventis U.S. LLC*

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I certify that, pursuant to Local Rule 7.1(a)(2), counsel for Sanofi conferred with Plaintiffs' counsel and attempted in good faith to resolve or narrow the issues, and Plaintiffs do not assent to the relief requested herein.

/s/ Laura E. Diss
Laura E. Diss

- 3 -

**CERTIFICATE OF SERVICE**

    I, Laura E. Diss, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 30, 2017.

Dated:  May 30, 2017                              /s/ *Laura E. Diss*
                                                       Laura E. Diss