# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE LANTUS DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 16-12652-LTS-JGD<br><br>Class Action |

## JOINT SUBMISSION REGARDING CASE SCHEDULE

Pursuant to the Court's March 4, 2022 Order (Dkt. No. 365) directing the parties to meet and confer and submit a proposed schedule for completion of the requested discovery in the event that either or both of (i) Defendants' Motion for Extension of Time to April 4, 2022 or as soon as reasonably possible if the nonparties become unavailable to Take Three Nonparty Depositions (Dkt. No. 359) and (ii) Plaintiffs' Motion to Compel Transactional Data (Dkt. No. 353) (collectively "the Discovery Motions") are allowed, the parties, Defendants Sanofi-Aventis U.S., LLC, and Sanofi-Aventis Puerto Rico, Inc., ("Defendants"), and Direct Purchaser Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and FWK Holdings, LLC, ("Plaintiffs"), jointly submit the attached Proposed Amended Scheduling Order.

The parties' joint Proposed Amended Scheduling Order addresses not just the possible additional discovery requested in the Discovery Motions, but other features of the schedule that the parties believe should be adjusted at this time to account for anticipated events.  First, the parties respectfully request that the deadline for Plaintiffs' class certification motion be no earlier than four weeks after the Court rules on the Parties' motions for summary judgment (Dkt. Nos. 308 & 311), which are set for hearing on April 6, 2022.  Although the Court did not ask us to address the summary judgment motions in our scheduling proposals, the Court's rulings on them will affect the parties' arguments on class certification, and the parties believe that factoring the timing of those rulings into any changes made to the schedule now will conserve the Court's and

the parties' future resources, rather than leaving that issue open and having to revisit the schedule again in another month. Second, the proposed schedule acknowledges that the parties will need time after the completion of the previously allowed depositions of the three German witnesses (*see* Dkt. No. 366) to prepare merits expert reports. Thus, the parties respectfully request that the deadline for opening merits experts reports be the later of one week after the deadline for Plaintiffs' class certification motion or four weeks after the completion of the depositions of the German witnesses.

Finally, Defendants have informed Plaintiffs, and the parties hereby inform the Court, that (1) Defendants have withdrawn their deposition subpoena to Lilly, and (2) Mylan's counsel has authorized Defendants to represent confidently that Mylan would appear for a deposition, if the Court allows it, and that March 31, 2022 appears to be a viable date for Mylan's deposition.

Respectfully Submitted,

Dated:  March 14, 2022

/s/ Thomas M. Sobol

Thomas M. Sobol (BBO #471770)
Kristen A. Johnson (BBO #667261)
Kristie A. LaSalle (BBO #692891)
Bradley J. Vettraino (BBO #691834)
Rochella T. Davis (admitted pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com
kristiel@hbsslaw.com
bradleyv@hbsslaw.com
rochellad@hbsslaw.com

Joseph M. Vanek (BBO #551083)
Greg Shinall (admitted pro hac vice)
David P. Germaine (admitted pro hac vice)
John P. Bjork (admitted pro hac vice)

/s/ Theresa C. Martin

Theresa C. Martin (*pro hac vice*)
Julie E. McEvoy (*pro hac vice*)
Rosanna K. McCalips (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-4693
Facsimile: (202) 626-1700
jmcevoy@jonesday.com
rkmccalips@jonesday.com
tcoughlin@jonesday.com

Michelle K. Fischer (*pro hac vice*)
Brian K. Grube (*pro hac vice*)
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone (216) 586-3939
Facsimile: (216) 579-0212
mfischer@jonesday.com

2

Alberto Rodriguez (admitted pro hac vice)
Trevor K. Scheetz (admitted pro hac vice)
Allison Margolies (admitted pro hac vice)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
jvanek@sperling-law.com
shinall@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com
arodriguez@sperling-law.com
tscheetz@sperling-law.com
amargolies@sperling-law.com

John D. Radice (admitted pro hac vice)
April D. Lambert (admitted pro hac vice)
Clark Craddock (pro hac vice)
Kenneth Pickle (pro hac vice)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com
alambert@radicelawfirm.com
ccraddock@radicelawfirm.com
kpickle@radicelawfirm.com

*Counsel for Direct Purchaser Plaintiffs FWK Holdings, LLC., Meijer, Inc., Meijer Distribution, Inc., and the Proposed Class*

bkgrube@jonesday.com

Kate Wallace (BBO# 665503)
**JONES DAY**
100 High Street, 21st Floor
Boston, Massachusetts 02110
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
kwallace@jonesday.com

*Counsel for Defendants Sanofi- Aventis US LLC & Sanofi-Aventis Puerto Rico, Inc.*

3

## **CERTIFICATE OF SERVICE**

I, Theresa C. Martin, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on March 14, 2022.

/s/ *Theresa C. Martin*
Theresa C. Martin