UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re LANTUS DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 16-cv-12652 |

## [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

And now, having considered Defendants' Notice of Intent to Redact and Assented-to Motion for Leave to File Under Seal Defendants' Forthcoming Assented-to Motion to Redact Report and Recommendation ("Forthcoming Motion to Redact"), Defendants' motion is GRANTED. It is hereby ORDERED that the Defendants may file under seal the following: their Forthcoming Motion to Redact, and supporting materials containing information or references to information designated as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (ECF Nos. 98, 100).

Further, upon Defendants' notice of intent to redact the Court's August 17, 2022 Sealed Report and Recommendation on Motions for Summary Judgment Regarding Puerto Rican Sales of Lantus (ECF No. 418) ("Sealed R&R"), it is further ORDERED that the Sealed R&R shall remain under seal until further order of this Court.

IT IS SO ORDERED.

Dated: 8/30/2022

Hon. Judith G. Dein
United States Magistrate Judge