UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| In re: LANTUS DIRECT PURCHASER ANTITRUST LITIGATION | Nos. 16-12652-LTS-JGD |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the parties' stipulated scheduling proposal, it is hereby ORDERED that the scheduling proposal below is GRANTED.

It is hereby ordered that:

1. The Court adopts the scheduling proposal as set out below, including [Plaintiffs'/Defendant's] proposed schedule of events after expert discovery on Economic Issues. Accordingly, the following deadlines shall apply in this case:

| Event | Date |
|---|---|
| Plaintiffs file amended complaint | Friday March 3, 2023 |
| Intervenor Plaintiffs serve 26(a)(1) disclosures | Friday, March 24, 2023 (21 days after filing of amended complaint) |
| Defendant answers amended complaint and serves Requests for Production and Interrogatories on Intervenor Plaintiffs[1] | Monday, April 3, 2023 (30 days after filing of amended complaint) |
| Close of Intervenor Plaintiff Discovery | Thursday, September 28, 2023 |

---

[1] "Which shall be limited to the categories of documents and information previously sought from Direct Purchaser Plaintiffs but exclude discovery limited solely to issues of the class certification."

1

| Event | Date |
|---|---|
| Party with the burden of proof to serve opening expert reports for all issues other than Economic Issues[2][3] | Thursday, October 5, 2023 |
| Opposing expert reports for all issues other than Economic Issues due | Thursday, December 7, 2023 |
| Rebuttal expert reports for all issues other than Economic Issues due | Thursday, January 11, 2024 |
| Deadline to serve Requests for Admission[4] | Thursday, January 18, 2024 |
| Deadline to depose experts for all issues other than Economic Issues[5] | Thursday, February 8, 2024 |
| Deadline to file a Rule 56 motion (one per side) and Daubert motions[6] | Thursday, March 7, 2024 |
| Date to file opposition to Rule 56 motions and oppositions to Daubert motions | Thursday, April 18, 2024 |

---

[2] For purposes of expert reports, the parties agree that "Economic Issues" means (i) market definition, (ii) market power, and (iii) the calculation of any damages attributable to the alleged conduct.

[3] On this date, Sanofi shall serve the opening expert report(s) on the issue of whether its submission of the Device Patents to FDA for listing in the Orange Book "was the result of a reasonable, good-faith attempt to comply with the Hatch-Waxman" statute and regulations. *In re Lantus Direct Purchaser Antitrust Litig.*, 950 F.3d 1, 14 (1st Cir. 2020). The Device Patents are U.S. Patent Nos. 7,918,833 ('833); 8,512,297 ('297); 8,556,864 ('864); 8,603,044 ('044); 8,679,069 ('069); 8,992,486 ('486); 9,011,391 ('391); 9,233,211 ('211); 9,408,979 ('979); 9,526,844 ('844); 9,533,105 ('105); 9,561,331 ('331); 9,604,008 ('008); 9,604,009 ('009); 9,610,409 ('409); 9,623,189 ('189); 9,717,852 ('852); 9,775,954 ('954); and 9,827,379 ('379). The Plaintiffs shall serve opening expert reports on all other issues (other than Economic Issues) on this date. Plaintiffs shall serve opening expert reports on Economic Issues as set forth below.

[4] Responses to Requests for Admission are due 30 days after they are served.

[5] Each expert shall be deposed once. The parties shall provide two available deposition dates for each expert when their opening or opposition reports are served, with one date falling before rebuttal reports are due and one falling after rebuttal reports are due but before the deadline to complete expert depositions.

[6] For the avoidance of doubt, the parties have agreed that there will be only one additional round of summary judgment motions. No party shall move for full or partial summary judgment on Economic Issues, nor seek to accomplish similar relief through a Rule 60 motion, motion *in limine*, or any other pretrial motion. Daubert motions shall be served on this date for all experts other than experts submitting reports on Economic Issues. Daubert motions regarding experts submitting reports on Economic Issues are addressed below.

| Event | Date |
|---|---|
| Date to file reply in support of Rule 56 motion and replies in support of Daubert motions | Thursday, May 9, 2024 |
| Hearing on Rule 56 motions and any Daubert motions | At the Court's convenience |
| If case is not resolved on Summary Judgment: Opening expert reports addressing Economic Issues due | (a) 30 days after the Court's ruling on Magistrate Judge's Report and Recommendation on Rule 56 motions and any objections thereto (the "Summary Judgment Ruling"); or (b) if the Court has not issued the Summary Judgment Ruling by August 8, 2024, on Thursday, September 5, 2024.[7] |
| Opposition expert reports addressing Economic Issues due | 6 weeks after opening reports are served |
| Rebuttal expert reports addressing Economic Issues due | 5 weeks after opposition reports are served |
| Deadline for depositions of experts who served reports on Economic Issues | 2 weeks after rebuttal reports are served |

| Defendant's Position ||
|---|---|
| If case is not resolved on Summary Judgment, the Parties, after meeting and conferring, shall file a joint status report stating their joint or separate positions as to a schedule for the remainder of the case including trial. | 14 days from the Court's ruling on Magistrate Judge's Report and Recommendation on Rule 56 motions and any objections thereto |

---

[7] If no Summary Judgment Ruling in this case has issued by August 8, 2024, the parties shall meet and confer regarding the desirability of extending this deadline further and reserve the right to seek an extension from the Court either jointly or unilaterally. If an extension request is filed and denied, the deadline to serve opening expert reports on Economic Issues shall be extended to the date that is 30 days from the Court's order denying the extension request.

| | **Plaintiffs' Position** |
|---|---|
| Parties exchange Rule 26(a)(3) Disclosures, including (a) trial exhibit list, and (b) witness list, indicating whether witness will testify at trial or through deposition | [Plaintiffs propose] 1 week after expert deposition deadline |
| Parties exchange objections to Rule 26(a)(3) disclosures | [Plaintiffs propose] 1 week after parties exchange Rule 26(a)(3) Disclosures |
| Parties file motions *in limine*[8] | [Plaintiffs propose] 1 week after Rule 26(a)(3) objections |
| Parties file oppositions to motions *in limine* | [Plaintiffs proposal] 1 week after parties file motions *in limine* |
| Parties file replies in support of motions *in limine* | [Plaintiffs propose] 1 week after motions *in limine* oppositions |
| Parties exchange proposed jury instructions | [Plaintiffs propose] 1 week after motions *in limine* replies |
| Parties exchange proposed *voir dire* questions | [Plaintiffs propose] 1 week after jury instructions exchanged |
| Parties file proposed final pretrial order, proposed jury instructions, memoranda of law in support of jury instructions, proposed special verdict form, proposed *voir dire* questions, copies of Rule 26(a)(3) disclosures, and, if desired, trial briefs | [Plaintiffs propose] 2 weeks after *voir dire* questions exchanged |
| Final pretrial conference | [Plaintiffs propose] 1 week after parties file proposed final pretrial order, at the Court's convenience |
| Trial ready date | [Plaintiffs propose] trial ready 2 weeks after final pretrial conference, trial date to be set at the Court's convenience |

---

[8] All Daubert motions on experts submitting reports on Economic Issues shall be filed as motions *in limine*. No motions *in limine* (or Daubert motions) on market definition or market power shall be permitted.

**SO ORDERED.**

Dated:_____

                                                Honorable Judith G. Dein
                                                United States Magistrate Judge

So stipulated and agreed to by the Parties:

| | |
|---|---|
| Dated: March 3, 2023 | Respectfully Submitted: |
| **/s/ Thomas M. Sobol** | **/s/ Kate Wallace** |
| Thomas M. Sobol (BBO #471770) | Kate Wallace (BBO# 665503) |
| Kristen A. Johnson (BBO #667261) | **JONES DAY** |
| HAGENS BERMAN SOBOL SHAPIRO LLP | 100 High Street, 21st Floor Boston, |
| One Faneuil Hall Square, 5th Floor | Massachusetts 02110 |
| Boston, MA 02109 | Telephone: (617) 960-3939 |
| Telephone: 617-482-3700 | Facsimile: (617) 449-6999 |
| Facsimile: 617-482-3003 | kwallace@jonesday.com |
| tom@hbsslaw.com | |
| kristenj@hbsslaw.com | Julie E. McEvoy (*pro hac vice*) |
| | Rosanna K. McCalips (*pro hac vice*) |
| *Counsel for Direct Purchaser Plaintiffs FWK Holdings, LLC, Meijer, Inc., and Meijer Distribution, Inc.; and for proposed intervenors AmerisourceBergen Corporation; AmerisourceBergen Drug Corporation; H.D. Smith, LLC; Valley Wholesale Drug Company, LLC; Smith Medical Partners, LLC; ASD Specialty Healthcare, Inc.; Bergen Brunswig Corporation; JM Blanco; Oncology Supply; Cardinal Health, Inc.; The Harvard Drug Group, L.L.C.; and McKesson Corporation.* | Theresa M. Coughlin (*pro hac vice*) |
| | Robert N. Stander (*pro hac vice*) |
| | **JONES DAY** |
| | 51 Louisiana Avenue, N.W. Washington, D.C. 20001.2113 |
| | Telephone: (202) 879-4693 |
| | Facsimile: (202) 626-1700 |
| | jmcevoy@jonesday.com |
| | rkmccalips@jonesday.com |
| | tcoughlin@jonesday.com |
| | |
| | Michelle K. Fischer (*pro hac vice*) |
| John D. Radice (*pro hac vice*) | Brian K. Grube (*pro hac vice*) |
| Clark Craddock (*pro hac vice*) | **JONES DAY** |
| April D. Lambert (*pro hac vice*) | North Point |
| Kenneth Pickle (*pro hac vice*) | 901 Lakeside Avenue |
| RADICE LAW FIRM, P.C. | Cleveland, OH 44114-1190 |
| 475 Wall Street | Telephone (216) 586-3939 |
| Princeton, NJ 08540 | Facsimile: (216) 579-0212 |
| Telephone: 646-245-8502 | mfischer@jonesday.com |
| Facsimile: 609-385-0745 | bkgrube@jonesday.com |
| jradice@radicelawfirm.com | |

ccraddock@radicelawfirm.com
alambert@radicelawfirm.com
kpickle@radicelawfirm.com

Joseph M. Vanek (BBO #551083)
David P. Germaine (*pro hac vice*)
John P. Bjork (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
Greg Shinall (*pro hac vice*)
Trevor K. Scheetz (*pro hac vice*)
Allison G. Margolies (*pro hac vice*)
SPERLING & SLATER, P.C.
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200
Facsimile: 312-641-6492
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com
arodriguez@sperling-law.com
shinall@sperling-law.com
tscheetz@sperling-law.com
amargolies@sperling-law.com

*Counsel for Direct Purchaser Plaintiffs FWK Holdings, LLC., Meijer, Inc., and Meijer Distribution, Inc.*

**/s/ Bruce E. Gerstein**
Bruce E. Gerstein (*pro hac vice* forthcoming)
Kimberly Hennings (*pro hac vice* forthcoming)
Garwin Gerstein & Fisher LLP
88 Pine St., 10th Floor
New York, NY 10005
Telephone: (212) 395-0055
bgerstein@garwingerstein.com
khennings@garwingerstein.com

Susan Segura (*pro hac vice* forthcoming)
David Raphael (*pro hac vice* forthcoming)
Smith Segura Raphael & Leger LLP
221 Ansley Blvd.
Alexandria, LA
Telephone: (318) 445-4480
ssegura@ssrllp.com
draphael@ssrllp.com

Stuart E. Des Roches (*pro hac vice* forthcoming)

Stephen D. Morrison, III (*pro hac vice*)
**JONES DAY**
90 South 7th Street, Suite 4950
Minneapolis, MN 55044
Telephone: (612) 217-8913
Facsimile: (844) 345-3178
smorrison@jonesday.com

*Counsel for Defendants Sanofi-Aventis U.S. LLC*

Odom & Des Roches LLC
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Telephone: (504) 522-0077
stuart@odrlaw.com

Russell A. Chorush
Heim, Payne & Chorush, L.L.P.
1111 Bagby, Suite 2100
Houston, TX 77002
(713) 221-2004
rchorush@hpcllp.com

*Counsel for Burlington Drug Company, Inc.; Dakota Drug, Inc.; J M Smith Corporation d/b/a Smith Drug Company; North Carolina Mutual Wholesale Drug Company; Prescription Supply, Inc.; and Value Drug Company.*

**/s/ Peter R. Kohn**
Peter R. Kohn (*pro hac vice* forthcoming)
Joseph T. Lukens (*pro hac vice* forthcoming)
Faruqi & Faruqi, LLP
One Penn Center, Suite 1550
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
pkohn@faruqilaw.com
jlukens@faruqilaw.com

Bradley J. Demuth (*pro hac vice* forthcoming)
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
bdemuth@faruqilaw.com

*Counsel for Plaintiffs RDC Liquidating Trust by and through its trustee, Advisory Trust Group LLC; MLI RX LLC.*