# HAGENS BERMAN

Kristen Johnson    KristenJ@hbsslaw.com

ATTORNEYS AT LAW

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 FANEUIL HALL SQUARE, 5TH FLOOR
BOSTON, MA  02109

hbsslaw.com

(617) 306-6304 phone    (617) 482-3003 fax

August 24, 2023

<u>VIA ECF</u>

The Honorable Judith G. Dein
United States Magistrate Judge
United States District Court for the District of Massachusetts
John J. Moakley Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re:   *In re Lantus Direct Purchaser Antitrust Litig.*, Civ. No. 16-cv-12652-JGD

Dear Judge Dein:

  As the Court knows, this matter is scheduled for an *in-person* hearing on August 31, 2023, at 10:30 a.m. regarding the parties' discovery dispute. Per the electronic notice of hearing at ECF No. 480, the parties request that this in-person hearing be converted to a remote/Zoom hearing instead, at the same date and time. Counsel for the parties conferred and agree that, given the upcoming holiday weekend and other commitments and scheduling constraints of counsel, participation in the hearing remotely would be preferable over in-person participation.

        Sincerely,

        HAGENS BERMAN SOBOL SHAPIRO LLP

        <u>/s/ Kristen Johnson</u>
        Kristen Johnson

cc: counsel of record (via ECF)