**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In re: LANTUS DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 1:16-cv-12652-LTS-JCB |

**JOINT REVISED PROPOSED PRETRIAL SCHEDULE AND MOTION TO AMEND DEADLINES**

Pursuant to the Court's April 28, 2026, Electronic Order (Doc. No. 683), the direct purchasers[1] (Purchasers) and defendant Sanofi-Aventis U.S. LLC (Sanofi) submit this joint revised proposed pretrial schedule and motion to amend deadlines. The parties respectfully request the Court to amend its April 28, 2026, Electronic Order insofar as it adopted the parties' previously proposed schedule regarding jury instructions and economic expert motions.

The parties' proposed revised schedule regarding jury instructions and economic expert motions would alleviate conflicts in Purchasers' counsels' calendar. Such conflicts include ongoing jury trial commitments in another matter. The parties agree that these changes would not prejudice either party and would not affect the January 11, 2027, trial start date or resolution of this case. Furthermore, the parties also jointly propose additional deadlines and conferences not contemplated in their previously proposed schedule. The parties believe that these additions will aid them and the Court in resolving pretrial issues.

---

[1] FWK Holdings; LLC, Meijer, Inc.; Meijer Distribution, Inc.; AmerisourceBergen Corporation; AmerisourceBergen Drug Corporation; H.D. Smith, LLC; Valley Wholesale Drug Company, LLC; Smith Medical Partners, LLC; ASD Specialty Healthcare, Inc.; Bergen Brunswig Corporation; JM Blanco; Oncology Supply; Cardinal Health, Inc.; The Harvard Drug Group, L.L.C.; McKesson Corporation; Burlington Drug Company, Inc.; Dakota Drug, Inc.; J M Smith Corporation d/b/a Smith Drug Company; North Carolina Mutual Wholesale Drug Company; Prescription Supply, Inc.; and Value Drug Company.

The parties jointly propose the following revised schedule.

| Event | Revised Proposed Deadline |
|---|---|
| Deadline for the Purchasers to propose (i) format of exhibit lists and deposition designations for exchange, (ii) anticipated objection codes, and (iii) any other questions related to formatting of disclosures required by F.R.C.P. 26(a)(3). | Tues., June 2, 2026. |
| Deadline for the Purchasers to provide draft jury instructions, verdict slip, and *voir dire* questions (the "Jury Instruction Package") to Sanofi. | Thurs., June 18, 2026. |
| Parties agree on (i) format of exhibit lists and deposition designations for exchange, (ii) anticipated objection codes, and (iii) any other questions related to formatting of disclosures required by F.R.C.P. 26(a)(3). | Tues., June 23, 2026. |
| Deadline for Sanofi to provide the Purchasers with any proposed edits, revisions, or additions to the Jury Instruction Package. | Fri., July 10, 2026. |
| Deadline for the parties to meet and confer regarding the Jury Instruction Package and attempt to narrow any disputed instructions or questions therein. | Fri., July 24, 2026. |
| Deadline for the parties to file any joint and disputed jury instructions, verdict slips, or voir dire questions as well as supporting briefs, not to exceed 30 pages without leave of the Court.[2] | Tues., July 28, 2026. |
| Conference with the Court to resolve any outstanding disputes related to the Jury Instruction Package. | On or after Wed., July 29, 2026, at the Court's convenience. |
| Oral argument on non-economic *Daubert* motions. | After resolving any issues related to the Jury Instruction Package, at the Court's discretion. |

---

[2] In addition, the Parties request that the Court reconsider their previously filed *Daubert* motions on non-economic experts (Doc. Nos. 569, 574, 576) that the Court denied without prejudice to reconsideration (*see* Doc. No. 679).  The parties refer the Court to their previous briefing of the non-economic expert *Daubert* motions.  If the Court prefers, the parties will refile the same briefs without changes by this date, but the parties will not re-brief the non-economic expert *Daubert* motions.

| Event | Revised Proposed Deadline |
|---|---|
| Deadline for the parties to exchange the disclosures required by F.R.C.P. 26(a)(3), including<br><br>  (i)    the name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call;<br><br>  (ii)    the designation of witnesses whose testimony the party expects to present by deposition, identifying such testimony by page and line numbers.<br><br>  (iii)    An identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises<br><br>The Parties must state clearly whether a witness is to be presented live or by deposition.<br><br>Copies of exhibits are to be exchanged in electronic form (as produced, or if new in .pdf).<br><br>F.R.E. 1006 summaries, if any, must be identified and exchanged (but not F.R.E. 107 illustrative aids).<br><br>Documents a party may use solely for impeachment (and will not seek to move into evidence) need not be identified or exchanged. | Wed., July 22, 2026. |
| Deadline for the parties to disclose to each other proposed topics on which they intend to file motions *in limine*. | Thur., July 30, 2026. |
| Deadline for the parties to file any *Daubert* motions to exclude economic experts. | Mon., Aug. 10, 2026. |
| Deadline for the parties to meet and confer to discuss proposed motions *in limine* and attempt to narrow disputed evidentiary issues therein. | Thur., Aug. 13, 2026. |
| Deadline for the parties to exchange objections and counters to F.R.C.P. 26(a)(3) disclosures.<br><br>Counter designations, if any, shall clearly indicate what exhibit or testimony (by page and line number) is being countered. | Wed., Aug. 26, 2026. |

| Event | Revised Proposed Deadline |
|---|---|
| Deadline for the parties to submit any joint stipulations resolving proposed motions *in limine*. | Thur., Aug. 27, 2026. |
| Deadline for the parties to file any oppositions to *Daubert* motions to exclude economic experts. | Mon., Aug. 31, 2026. |
| Oral argument on *Daubert* motions to exclude economic experts | On or after Tues., Sept. 1, 2026. |
| Deadline for the parties to exchange proposed stipulations regarding undisputed facts and exhibits. | Wed., Sept. 9, 2026. |
| Deadline for the parties to file any motions *in limine*. | Thur., Sept. 10, 2026. |
| Deadline for the parties to exchange any objections to previously identified counters to F.R.C.P. 26(a)(3) disclosures. | Thur., Sept. 17, 2026. |
| Deadline for the parties to exchange responses and objections to proposed stipulations regarding undisputed facts and exhibits | Wed., Sept. 30, 2026. |
| Deadline for the parties to file oppositions to motions *in limine*. | Thur., Oct. 1, 2026. |
| The Parties meet to discuss and negotiate settlement of the action, to narrow the issues to be tried, and to prepare a joint pretrial memorandum. | Wed., Oct. 7, 2026. |
| Deadline for the Purchasers to provide Sanofi with draft of the joint pretrial memorandum. | Wed., Oct. 14, 2026. |
| Deadline for Sanofi to provide the Purchasers with edits and additions to the joint pretrial memorandum. | Wed., Oct. 21, 2026. |
| Deadlines for the parties to file the pretrial memorandum per Local Rule 16.5(D) and copies of Rule 26(a)(3) disclosures. | Wed., Oct. 28, 2026. |
| Deadline for the parties to file trial briefs, if desired. | Wed., Nov. 4, 2026. |
| Deadline for the parties to file a joint stipulation governing any outstanding issues related to logistics during trial. | Tues., Nov. 10, 2026. |
| Deadline for the parties to submit proposed agendas of issues to be discussed at pretrial conference. | Tues, Nov. 10, 2026. |

| Event | Revised Proposed Deadline |
|---|---|
| Pretrial conference. | Between Mon., Nov. 16, 2026, and Fri., Dec. 18, 2026, at the Court's convenience. |
| Deadline for the parties to submit proposed agendas of issues to be discussed at the final pretrial conference. | Wed., Dec. 30, 2026. |
| Final pretrial conference | Tues., Jan. 5, 2027, at the Court's convenience. |
| Trial date, or in the alternative, trial-ready date. | Mon., Jan. 11, 2027. |

WHEREFORE The parties respectfully request that the Court adopt the joint revised proposed pretrial schedule in full and amend the April 28, 2026, Electronic Order (Doc. No. 685) as necessary. A proposed order is submitted herewith.


Dated:  May 12, 2026

Respectfully submitted,


/s/ Rosanna K. McCalips
Rosanna K. McCalips (*pro hac vice*)
John M. Majoras (*pro hac vice*)
Julie E. McEvoy (*pro hac vice*)
Theresa C. Martin (*pro hac vice*)
Alisha M. Crovetto (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-4693
Facsimile: (202) 626-1700
rkmccalips@jonesday.com
jmmajoras@jonesday.com
jmcevoy@jonesday.com
tmartin@jonesday.com
acrovetto@jonesday.com


Michelle K. Fischer (*pro hac vice)
Brian K. Grube (*pro hac vice)
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone (216) 586-3939
Facsimile: (216) 579-0212
mfischer@jonesday.com

/s/ Kristen A. Johnson
Kristen A. Johnson (BBO# 667261)
Thomas M. Sobol (BBO# 471770)
Michael H. Lavine (BBO# 717587)
HAGENS BERMAN SOBOL
SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: 617-482-3700
kristenj@hbsslaw.com
tom@hbsslaw.com
michael.lavine@hbsslaw.com

*Counsel for Direct Purchaser Plaintiffs
FWK Holdings, LLC; Meijer, Inc.;
Meijer; Distribution, Inc.;
AmerisourceBergen Corporation;
AmerisourceBergen Drug Corporation;
H.D. Smith, LLC; Valley Wholesale
Drug Company, LLC; Smith Medical
Partners, LLC; ASD Specialty
Healthcare, Inc.; JM Blanco; Cardinal
Health, Inc.; The Harvard Drug Group,
L.L.C.; and McKesson Corporation*

John D. Radice (*pro hac vice*)

5

bkgrube@jonesday.com

Kate Wallace (BBO# 665503)
**JONES DAY**
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
kwallace@jonesday.com

David Kenneth Suska (*pro hac vice*)
**JONES DAY**
150 West Jefferson Avenue, Suite 2100
Detroit, MI 48226
Telephone: (313) 230-7921
Facsimile: (313) 230-7997
dsuska@jonesday.com

Katherine E. Eayre (*pro hac vice*)
**JONES DAY**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
keayre@jonesday.com

William T. Walsh (*pro hac vice*)
Liza M. Walsh (*pro hac vice*)
Katelyn O'Reilly (*pro hac vice*)
**WALSH PIZZI O'REILLY FALANGA LLP**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Telephone: (973) 757-1100
Facsimile: (973) 757-1090
wwalsh@walsh.law
lwalsh@walsh.law
koreilly@walsh.law

*Counsel for Defendant*
*Sanofi-Aventis U.S. LLC*

April D. Lambert (*pro hac vice*)
Luke Smith (*pro hac vice*)
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Telephone: 646-245-8502
Facsimile:  609-385-0745
jradice@radicelawfirm.com
alambert@radicelawfirm.com
lsmith@radicelawfirm.com

Joseph M. Vanek (BBO# 551083)
Greg Shinall (*pro hac vice*)
Trevor K. Scheetz (*pro hac vice*)
Allison G. Margolies (*pro hac vice*)
SPERLING KENNY NACHWALTER
321 North Clark St, 25th Floor
Chicago, IL 60654
Telephone: 312-641-3200
Facsimile:  312-641-6492
jvanek@sperlingkenny.com
shinall@sperlingkenny.com
tscheetz@sperlingkenny.com
amargolies@sperlingkenny.com

*Counsel for Direct Purchaser Plaintiffs*
*FWK Holdings, LLC., Meijer, Inc., and*
*Meijer Distribution, Inc.*

Bruce E. Gerstein (*pro hac vice*)
Samuel E. Bonderoff (*pro hac vice*)
GARWIN GERSTEIN & FISHER LLP
88 Pine St., 10th Floor
New York, NY 10005
Telephone: (212) 395-0055
bgerstein@garwingerstein.com
sbonderoff@garwingerstein.com

Susan Segura (*pro hac vice*)
SMITH SEGURA RAPHAEL &
LEGER LLP
221 Ansley Blvd.
Alexandria, LA
Telephone: (318) 445-4480
ssegura@ssrllp.com

*Counsel for Burlington Drug Company,*
*Inc.; Dakota Drug, Inc.; J M Smith*
*Corporation d/b/a Smith Drug*
*Company; North Carolina Mutual*
*Wholesale Drug Company; Prescription*
*Supply, Inc.; and Value Drug Company.*

Peter R. Kohn (*pro hac vice*)

6

FARUQI & FARUQI, LLP
One Penn Center, Suite 1550
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
pkohn@faruqilaw.com

*Counsel for Plaintiffs RDC Liquidating
Trust by and through its trustee,
Advisory Trust Group
LLC; MLI RX LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

on May 12, 2026.

Dated: May 12, 2026                      */s/ Kristen A. Johnson*
                                         Kristen A. Johnson

7